IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 5:25-CR-\_\_\_** |
| : | |
| : | **VIOLATIONS:** |
| v. : | 21 U.S.C. § 841(a)(1) |
| : | 21 U.S.C. § 841(b)(1)(B)(vi) |
| : | 21 U.S.C. § 841(b)(1)(C) |
| **BRANDON ANDERSON,** : | |
| **CHARLES CINTEZ FOSTER,** : | |
| : | |
| **Defendants.** : | |
| : | |

**THE GRAND JURY CHARGES:**

## COUNT ONE
**(Possession With Intent to Distribute Fentanyl)**

On or about August 7, 2024, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**BRANDON ANDERSON,**

knowingly and intentionally possessed with intent to distribute forty grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT TWO
**(Possession With Intent to Distribute Fentanyl)**

On or about November 6, 2024, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**CHARLES CINTEZ FOSTER,**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-( 2-phenylethyl ) -4-piperidinyl] propenamide), a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT THREE
### (Possession With Intent to Distribute Fentanyl)

On or about November 6, 2024, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

### CHARLES CINTEZ FOSTER,

knowingly and intentionally possessed with intent to distribute forty grams of more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-( 2-phenylethyl ) -4-piperidinyl] propenamide), a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

A TRUE BILL.

/s/ Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

Presented by:

HANNAH M. COUCH
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 18 day of November, AD 2025.

Deputy Clerk